```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 17-01804-JJT
Christopher Patrick Lisowski                                  Chapter 13
Julie Bibon Lisowski
         Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: MMchugh             Page 1 of 2          Date Rcvd: Jun 07, 2017
                             Form ID: ntcnfhrg         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
```
db/jdb         Christopher Patrick Lisowski,    Julie Bibon Lisowski,    PO Box 1131,
                 Gouldsboro, PA  18424-1131
4915736        Alliance Capital Management,    c/o Thomas L. Maher, Esquire,    PO Box 751,
                 Greensburg, PA  15601-0751
4915737        Capital One Bank USA N.A.,   1680 Capital One Dr,    McLean, VA  22102-3407
4915738        Chrysler Capital,   PO Box 961275,    Fort Worth, TX  76161-0275
4915739        Comnwlth Fin,   245 Main St,    Dickson City, PA  18519-1641
4923188       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company, LLC,    Dept. 55953,    P.O. Box 55000,
                 Detroit, MI 48255-0953)
4915740        +First Premier Bank,   601 S Minnesota Ave,    Sioux Falls, SD  57104-4868
4915741        +Frd Motor Cr,   PO Box BOX542000,    Omaha, NE 68154-8000
4915742        HSBC Bank Nevada N A,   PO Box 88000,    Baltimore, MD  21288-0001
4922675       +Horizon Medical Corporation, PC,    3 West Olive Street, Suite 201,    Scranton, PA 18508-2574
4915735        Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
4915733        Lisowski Christopher Patrick,   69 Creekview Dr E,    Lot 1954,    Gouldsboro, PA  18424-8854
4915734        Lisowski Julie Bibon,   69 Creekview Dr E,    Lot 1954,    Gouldsboro, PA  18424-8854
4915744        Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
4915745        Nes Washington Inc,   PO Box 742449,    Atlanta, GA  30374-2449
4915746        PA Department of Revenue,   411 7th Ave Ste 420,    Pittsburgh, PA  15219-1959
4915751        PPL,   827 Hausman Rd,    Allentown, PA  18104-9392
4915957       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4915747        Parker McCay, P.A.,   Attn: Daniel J. Capecci, Esquire,    9000 Midlantic Dr Ste 300,
                 Mount Laurel, NJ  08054-1539
4915748        Penn Credit Corporatio,   916 S 14th St,    Harrisburg, PA  17104-3425
4922676       +Pittston Twp Ambulance Assoc,    c/o Northeast Mgmt,    PO Box 2193,    Duryea, PA 18642-0193
4915752        Specialized Loan Servi,   8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
4915753        Synchrony Bank,   PO Box 105972,    Atlanta, GA  30348-5972
4931073       +The BNYM Trust Company, NA, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4915754        U S Dept of Ed/Gsl/Atl,   PO Box 4222,    Iowa City, IA  52244-4222
4915755        Verizon Wireless,   PO Box 49,    Lakeland, FL  33802-0049
4915756        Verizon Wireless Bankruptcy Admin,    PO Box 3397,    Bloomington, IL  61702-3397
4915757        Wells Fargo Bank,   PO Box 14517,    Des Moines, IA  50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4922673       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 07 2017 19:05:00      CCS,
                 Payment Processing Center,    PO Box 55126,    Boston, MA 02205-5126
4922672        E-mail/Text: cio.bncmail@irs.gov Jun 07 2017 19:04:22      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
4915743        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 07 2017 19:04:46      Jefferson Capital Syst,
                 16 McLeland Rd,    Saint Cloud, MN  56303-2198
4915749        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2017 19:06:00      Portfolio Rc,
                 120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
4921403        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 07 2017 19:04:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
4915750        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 07 2017 19:06:09
                 Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
4922674       +E-mail/Text: crwkflw@firstdata.com Jun 07 2017 19:04:51      TRS Recovery Services, Inc.,
                 PO Box 60022,    City of Industry, CA 91716-0022
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case 5:17-bk-01804-JJT    Doc 22    Filed 06/09/17    Entered 06/10/17 00:52:36    Desc
                          Imaged Certificate of Notice    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
               Company, N.A. as successor to JPMorgan Chase Bank, as Tru bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor Christopher Patrick Lisowski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Joint Debtor Julie Bibon Lisowski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Christopher Patrick Lisowski<br>aka Christopher Lisowski, aka Christopher P. Lisowski<br>Julie Bibon Lisowski<br>aka Julie B. Lisowski, aka Julie Lisowski | Chapter<br><br>Case No. | 13<br><br>5:17−bk−01804−JJT |
| Debtor(s) | | |

# Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **July 7, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 11, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 7, 2017 |