```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 17-01804-JJT
Christopher Patrick Lisowski                                        Chapter 13
Julie Bibon Lisowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: MMchugh           Page 1 of 1           Date Rcvd: Jun 09, 2017
                         Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2017.
db/jdb          Christopher Patrick Lisowski,    Julie Bibon Lisowski,    PO Box 1131,
                 Gouldsboro, PA 18424-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard  Gershman    on behalf of Creditor   Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James  Warmbrodt    on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
               Company, N.A. as successor to JPMorgan Chase Bank, as Tru bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor Christopher Patrick Lisowski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Joint Debtor Julie Bibon Lisowski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
   CHRISTOPHER PATRICK LISOWSKI        NO. 5-17-01804 JJT
   JULIE BIBON LISOWSKI                     CHAPTER 13
_____

FORD MOTOR CREDIT COMPANY, LLC
       vs
CHRISTOPHER PATRICK LISOWSKI, DEBTOR
CHARLES DeHART, III, Trustee

## ORDER GRANTING FORD MOTOR CREDIT COMPANY
## RELIEF FROM STAY RE: 2012 FORD F150 MOTOR VEHICLE

Upon consideration of the Motion of Ford Motor Credit Company, LLC for Relief from Stay, and with concurrence of counsel, it is ORDERED:

Effective immediately, with waiver of FRBP 4001(a)(3), Ford Motor Credit Company is granted relief from the automatic stays of Bankruptcy Code Sections 362, to be free to enforce its *in rem* rights as the lienholder of a 2012 Ford F150 motor vehicle owned by Debtor.

      Dated: June 9, 2017

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge
(RPR)