UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHRISTOPHER PATRICK LISOWSKI : CHAPTER 13
      Debtor(s) :
                                            :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
                                            :
      vs. :
                                            :
CHRISTOPHER PATRICK LISOWSKI :
      Respondent(s) : CASE NO.  5-17-bk-01804

### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

      AND NOW, this   13th   day of June, 2017, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

      1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

      Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

            a.  Average gross monthly income (verification) - Line 2.
            b.  Additional housing/utilities (verification) – Line 10.
            c.  Plan payment calculation sum of Lines 34, 35, 36 45.
            d.  Line 13 – Surrender Ford
            e.  Line 33 (B)

      2.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

            a.  Paystub for month ending July 31, 2017.

      WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

          Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Agatha R. McHale
Attorney for Trustee

CERTIFICATE OF SERVICE

      AND NOW, this 13th day of June, 2017, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Jason Provinzano, Esquire
16 West Northampton Street
Wilkes Barre, PA   18701

          /s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee