```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                            Case No. 17-01804-JJT
Christopher Patrick Lisowski                                      Chapter 13
Julie Bibon Lisowski
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: MMchugh              Page 1 of 1           Date Rcvd: Oct 18, 2017
                              Form ID: orcnfpln          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db/jdb         Christopher Patrick Lisowski,    Julie Bibon Lisowski,    PO Box 1131,
                Gouldsboro, PA  18424-1131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Howard Gershman    on behalf of Creditor    Ford Motor Credit Company, LLC hg229ecf@gmail.com,
               229ecf@glpoc.comcastbiz.net
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for The
               Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust
               Company, N.A. as successor to JPMorgan Chase Bank, as Tru bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Christopher Patrick Lisowski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 2 Julie Bibon Lisowski MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Christopher Patrick Lisowski<br>aka Christopher Lisowski, aka Christopher P. Lisowski<br>Julie Bibon Lisowski<br>aka Julie B. Lisowski, aka Julie Lisowski | Chapter<br>Case No. | 13<br>5:17–bk–01804–JJT |

Debtor(s)

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 4, 2017. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: October 18, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk