

IN THE UNITED STATES BANKRUPTCY COURT

Middle District of Pennsylvania

In RE: In Proceedings:
17-01804

Debtor(s):
Julie Lisowski

WITHDRAWAL OF CLAIM

Please withdraw Claim #10 in the amount of $1,225.99.

Creditor's Signature     /s/ DeAnna Gambrell

Creditors Name & Address:
 LVNV Funding, LLC
 c/o Resurgent Capital Services
 P.O. Box 10587
 Greenville, SC  29603-0587

Date: November 22, 2017

*55 Beattie Place, Ste-400, MS-127* 1*Greenville, South Carolina 29601* 1

B B B
MEMSER