

IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In RE:  In Proceedings:
17-01804

Debtor(s):
Chris P Lisowski

WITHDRAWAL OF CLAIM
Please withdraw Claim #11 in the amount of $594.12.

Creditor's Signature
/s/ David Lamb

Creditor's Name & Address:
LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Date: November 29, 2017