

IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Pennsylvania

In RE: In Proceedings:
17-01804

Debtor(s):
Julie Lisowski

WITHDRAWAL OF CLAIM
Please withdraw Claim #18 in the amount of $856.06.

Creditor's Signature
/s/ David Lamb

Creditor's Name & Address:
LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Date: November 29, 2017

*55 Beattie Place, Ste-400, MS-127* 1 *Greenville, South Carolina 29601* 1 *Telephone 864.248.8305*

B B B
MEMSER