# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CHRISTOPHER PATRICK LISOWSKI
AKA: CHRISTOPHER PLISOWSKI,
CHRISTOPHER P. LISOWSKI
JULIE BIBON LISOWSKI
AKA: JULIE B. LISOWSKI, JULIE LISOWSKI
       Debtor(s)

                    CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
       Movant             CASE NO: 5-17-01804-JJT

vs.

CHRISTOPHER PATRICK LISOWSKI
AKA: CHRISTOPHER PLISOWSKI,
CHRISTOPHER P. LISOWSKI   JULIE BIBON
LISOWSKI
AKA: JULIE B. LISOWSKI, JULIE LISOWSKI
       Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on February 12, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                    Respectfully submitted,

                    s/  Charles J. DeHart, III
                    Charles J. DeHart, III, Trustee
                    8125 Adams Drive, Suite A
                    Hummelstown, PA 17036
                    Phone: (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CHRISTOPHER PATRICK LISOWSKI
          AKA: CHRISTOPHER PLISOWSKI,
          CHRISTOPHER P. LISOWSKI
          JULIE BIBON LISOWSKI
          AKA: JULIE B. LISOWSKI, JULIE        CHAPTER 13
          LISOWSKI

             Debtor(s)             CASE NO: 5-17-01804-JJT

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
          Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**          **HEARING:**
March 6, 2018  at 9:00 am               March 6, 2018 at 09:35 AM
U.S. Bankruptcy Court                  U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse         Max Rosenn U.S. Courthouse
197 S. Main Street                      197 S. Main Street
Wilkes Barre, PA                       Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.    You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 1362.00**
**AMOUNT DUE FOR THIS MONTH:  $590.50**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE:  $1952.50**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

If **submitting payment by U.S. First Class Mail** mail to**:**
**CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA 17604**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.     You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.     You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  February 12, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   CHRISTOPHER PATRICK
LISOWSKI
AKA: CHRISTOPHER PLISOWSKI,
CHRISTOPHER P. LISOWSKI
JULIE BIBON LISOWSKI        CHAPTER 13
AKA: JULIE B. LISOWSKI, JULIE
LISOWSKI

        Debtor(s)        CASE NO: 5-17-01804-JJT

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on  February 12, 2018.


JASON P PROVINZANO, ESQUIRE
LAW OFFICES OF JASON P PROVINZANO LLC
16 W NORTHAMPTON STREET
WILKES-BARRE, PA  18701-1708


CHRISTOPHER PATRICK LISOWSKI
JULIE BIBON LISOWSKI
PO BOX 1131
GOULDSBORO, PA  18424-1131


        Respectfully submitted,

        s/ Liz Joyce
        for Charles J. DeHart, III, Trustee
        8125 Adams Drive, Suite A
        Hummelstown, PA  17036
        Phone:  (717) 566-6097

Dated:  February 12, 2018

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    CHRISTOPHER PATRICK LISOWSKI
AKA: CHRISTOPHER PLISOWSKI,
CHRISTOPHER P. LISOWSKI
JULIE BIBON LISOWSKI
AKA: JULIE B. LISOWSKI, JULIE
LISOWSKI

                                   CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant                    CASE NO: 5-17-01804-JJT

vs.

CHRISTOPHER PATRICK LISOWSKI    MOTION TO DISMISS
AKA: CHRISTOPHER PLISOWSKI,
CHRISTOPHER P. LISOWSKI
JULIE BIBON LISOWSKI
AKA: JULIE B. LISOWSKI, JULIE
LISOWSKI

### ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.