UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| CHRISTOPHER PATRICK LISOWSKI | : | |
| JULIE BIBON LISOWSKI | : | |
| Debtors | : | CASE NO.: 5:17-bk-01804-JJT |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| CHRISTOPHER PATRICK LISOWSKI | : | |
| JULIE BIBON LISOWSKI | : | |
| Respondents | : | |

## STIPULATION TO RESOLVE TRUSTEE'S MOTION TO DISMISS

AND NOW, this 5th day of March, 2018, the Debtor(s) and Charles J. DeHart, III, Standing Chapter 13 Trustee, do hereby Stipulate that the Debtor(s) elect the following in satisfaction of the Trustee's Motion to Dismiss due to delinquent plan payments:

1. **CURE DEFAULT: (CHECK ONE)**

   \_\_\_ Move to convert to Chapter 7 within 5 days from the date of stipulation

   \_\_\_ Move to voluntarily dismiss case within 5 days from the date of stipulation

   \_\_\_ Amend the plan within 30 days from the date of this stipulation

   _X_ Pay the arrears within 90 days (may not exceed 90 days) from the date of this stipulation.

2. **WAGE ATTACHMENT: (CHECK ONE)**

   _X_ Within 30 days from the date of this stipulation, debtor(s) will file a Motion for wage attachment for payment of the regular monthly payments to the Trustee.

   \_\_\_ Debtor(s) is unable to make payments by wage attachment because (be specific)

   \_\_\_ Already wage attached, and will amend if necessary

3. **FUTURE PAYMENTS:**
   IT IS STIPULATED THAT DEBTOR(S) WILL MAKE ALL REGULAR MONTHLY PAYMENTS TO THE TRUSTEE DURING THE REMAINING TERM OF THE PLAN.

4. **DEFAULT:**
   IN THE EVENT THE DEBTOR(S) DOES NOT PERFORM ACCORDING TO THIS STIPULATION, THE CASE MAY BE DISMISSED UPON CERTIFICATION OF THE TRUSTEE, WITHOUT FURTHER NOTICE TO PARTIES OR FURTHER HEARING.

_____
Charles J. DeHart, III, Trustee

_____
Jason P. Provinzano, Esquire
Counsel for Debtor(s)

_____
Christopher P. Lisowski, Debtor

_____
Julie Bibon Lisowski, Joint Debtor